UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No. 22-CR-168

JULIO CESAR VARGAS-RODRIGUEZ, et al.,

    Defendants.

## ORDER

The above matter was scheduled for a counsel only telephone scheduling conference on April 28, 2023, at 9:30 a.m. Attorney John Miller Carroll, counsel for defendant Julio Cesar Vargas-Rodriguez, did not appear. The hearing proceeded with all other attorneys and a new status conference was scheduled for June 29, 2023, at 9:00 a.m.

Attorney Carroll is directed to provide the court with an explanation for his failure to appear at this conference and, absent further order of the court, is directed to appear in person for the status conference now set for June 29, 2023.

Dated at Green Bay, Wisconsin this <u>28th</u> day of April, 2023.

                                                                          s/ William C. Griesbach
                                                                          William C. Griesbach
                                                                          United States District Judge